62 A.3d 373

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Valerie JONES, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 26, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 26th day of February, 2013, the Application for Appointment of Counsel and the Petition for Allowance of Appeal are **DENIED.**